UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| YVONNE ANDERSON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 1:18cv274 SNLJ |
| WAL-MART STORES EAST, L.P., | ) ) ) |
| Defendant. | ) |

## MEMORANDUM and ORDER

Plaintiff brings this personal injury lawsuit against defendant for injuries sustained resulting from an alleged electrical shock at defendant's store. The parties exchanged Rule 26 disclosures, and discovery requests have been served. Defendant seeks signed medical authorizations, medical records, medical billing information, and a date for plaintiff's deposition. Despite contacting counsel for plaintiff by phone and letter, and counsel's at least partial agreement to provide the information defendant seeks, defendant has not received the information it seeks. Defendant thus filed the instant motion to compel (#15) on May 20, 2019.

Notably, plaintiff has not responded to defendant's motion, and the time for doing so has passed. In addition, defendant filed a motion to continue the order referring the matter to Alternative Dispute Resolution in light of plaintiff's failure to respond to defendant's requests. Plaintiff did not respond to that motion, either, and the motion was granted by the Court.

1

Defendant's motion will be granted.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion to compel (#15) is GRANTED.

**IT IS FURTHER ORDERED** that plaintiff shall fully answer defendant's First Interrogatories, No. 8, 13, 14, 15, and 17; shall provide the documents requested in defendant's Request for Production No. 4; and shall provide available dates for plaintiff's deposition no later than July 12, 2019.

**<u>Failure to comply with this order may result in sanctions under Federal Rule of Civil Procedure 41.</u>**

Dated this   2nd   day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE