UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| YVONNE ANDERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:18cv274 SNLJ |
| ) | |
| WAL-MART STORES EAST, L.P., ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM and ORDER

Plaintiff brings this personal injury lawsuit against defendant for injuries sustained resulting from an alleged electrical shock at defendant's store. Defendant filed a motion for leave to take the deposition of plaintiff's examining physician out of time (#41). Such deposition was to occur on or before December 31, 2019 according to the current Case Management Order. Plaintiff was examined on December 3, 2019. The physician is not available for deposition until the end of January and early February. Defendant thus seeks leave to depose the physician no later than February 19, 2020. Plaintiff did not respond or otherwise object to defendant's motion. Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion for leave to take deposition of plaintiff's examining physician out of time (#41) is GRANTED, and defendant may have until February 19, 2020 by which to depose the plaintiff's examining physician, Dr. Russell Cantrell, MD.

Dated this  13th  day of November, 2019.

_____
UNITED STATES DISTRICT JUDGE