**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | |
|---|---|
| **YVONNE ANDERSON,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **Case No. 1:18CV-00274SNLJ** |
| ) | |
| **WAL-MART STORES EAST, L.P.**, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SETTLEMENT

COMES NOW Defendant Wal-Mart Stores East, L.P. ("Defendant") and states that the parties have reached an amicable settlement in this case. Defendant would request that any and all applicable pending motions be denied as moot, and all deadlines be removed from the Court's calendar.

The parties are working through the particulars to account for liens and other matters as required by law. The parties will submit a joint stipulation for dismissal with prejudice as soon as these issues can be ascertained and addressed. On behalf of all parties, Defendant would ask for Sixty (60) days to submit a stipulation for dismissal.

        Respectfully submitted,

**BLANTON, NICKELL, COLLINS DOUGLAS & HANSCHEN, LLC**
219 South Kingshighway
Post Office Box 805
Sikeston, MO 63801
P: 573-471-1000     F: 573-471-1012
pdouglas@blantonlaw.com

By:     /s/ Patrick R. Douglas
**Patrick R. Douglas          #51788MO**

*Counsel for Defendants Wal-Mart Stores East, L.P.*

### Certificate of Service

    I hereby certify that a copy of the above and foregoing documents was filed with the Court's electronic filing system, on this 13th  day of January 2020, to:

Mr. David S. Corwin
**CORWIN LAW GROUP, LLC**
1034 S. Brentwood Blvd
St. Louis, MO  63117

/s/ Patrick R. Douglas
**Patrick R. Douglas**